■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER CLARK, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered December 20, 1982, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant's guilt was proven beyond a reasonable doubt (*see, People v Contes,* 60 NY2d 620, 621). We have examined defen-

dant's remaining contentions and find them to be without merit. Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.